# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

        Plaintiff,

vs.

Unnamed Defendant,

        Defendant.

Case No. 2:14-cv-1345-RFB-GWF

**ORDER**

Motion for Order Waiving Filing Fees - #2, #3

      This matter is before the Court on Plaintiff John Turner's Motion for Order Waiving Filing Fees (#2) and Motion for Order Waiving Filing Fees (#3), filed on October 29, 2014.

      These motions appear to request that the Court waive the $250 filing fee for an unidentified proceeding in the Nevada State Supreme Court. This Court has no jurisdiction over the filing fees for the Nevada Supreme Court, and cannot waive them.

      The Plaintiff has already been approved to proceed *in forma pauperis* in his ongoing federal court case No. 2:13-cv-01740-JAD-VCF. Should Plaintiff wish to file a claim in state court, or with the Nevada Supreme Court, he should file the appropriate application in that court. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Waiving Filing Fees (#2) and Motion for Order Waiving Filing Fees (#3) are **denied**.

      DATED this 31st day of October, 2014.

                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge