UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Turner,<br><br>                    Plaintiff,<br><br>     v.<br><br>Unnamed Defendant,<br><br>                    Defendant. | Case No. 2:14-cv-01345-RFB-GWF<br><br>**ORDER** |

The above-captioned matter is before this Court based upon receipt of Plaintiff John Turner's motions for an Order Waiving Filing Fees, see ECF No. 2, 3, and a notice issued to Plaintiff by the Supreme Court of Nevada stating that Plaintiff's case in that Court, Supreme Court No. 66194, is subject to dismissal for failure to pay the Supreme Court of Nevada's required filing fee. See ECF No. 1.

On October 31, 2014, this Court denied Plaintiff's two motions requesting waiver of the Supreme Court of Nevada filing fee, and instructed Plaintiff that this Court has no jurisdiction or authority over filing fees required by the Supreme Court of Nevada, and cannot waive them. See ECF No. 4. Plaintiff also has attached no complaint or other document that would establish jurisdiction in this Court. Accordingly,

IT IS HEREBY ORDERED that this case shall be closed.

DATED this 9th day of December, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**